```
LAWRENCE G. BROWN
United States Attorney
SARALYN M. ANG-OLSON  SBN 197404
Special Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

Attorneys for Plaintiff
United States of America
```

FILED
SEP 15 2009
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re Search Warrant, | 2:09 SW 223 EFB |
| The residence located at 5104 Appleton Court, Carmichael, California | **ORDER TO NEGOTIATE CHECKS** |

**ORDER**

For the reasons set forth in the Government's Application, the Court hereby grants the Government authority to negotiate the six (6) checks listed below:

    a.    Wells Fargo Bank Official Check number 0014808343 issued June 2, 2009, made payable to Integrity Escrow in the amount of $1,879.42;

    b.    Wells Fargo Bank Official Check number 0037909859 issued May 29, 2009, made payable to Integrity Escrow in the amount of $9,150.00;

    c.    Wells Fargo Bank Cashier's Check number 0037907254 issued June 1, 2009, made payable to Integrity Escrow in the amount of $19,550.00;

    d.    Washington Mutual Bank Official Check number 2335007067 issued May 30, 2009, made payable to Integrity Escrow in the amount of $9,400.00;

1  e.  Washington Mutual Bank Official Check number 2377206571 issued June 1, 2009, made payable to Integrity Escrow in the amount of $29,600.00; and

2  f.  Washington Mutual Bank Official Check number 2361006596 issued June 1, 2009, made payable to Integrity Escrow in the amount of $26,300.00.

**IT IS HEREBY ORDERED.**

Dated: September 11, 2009

_____
GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE